IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Messiah,

    Plaintiff(s),

vs.

Hamilton County Child Support Enforcement Agency, et al.,

    Defendant(s).

Case Number: 1:19cv35

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 17, 2019 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 31, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motions to dismiss (Docs. 8, 12) are GRANTED. Plaintiff's motion for a preliminary injunction (Doc. 4) is DENIED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott_____
                                                      Judge Susan J. Dlott
                                                      United States District Court